UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-12-D-1

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          ORDER
                                  )
DEMETRICE R. DEVINE               )

Upon motion of the United States and for good cause shown, it is hereby ORDERED that defendant shall be permitted to telephone only his attorney while in custody in this case. This order shall remain in effect unless and until modified by order of this Court.

IT IS SO ORDERED, this the **3l** day of **March**____, 2016.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE