IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-12-D-1
NO. 5:16-CR-12-D-4
NO. 5:16-CR-12-D-5
NO. 5:16-CR-12-D-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| DEMETRICE REGUS DEVINE | ) | |
| DONTAOUS DEMOND DEVINE | ) | |
| DEMETRIUS DESHAUN TONEY | ) | |
| BRANDON JOWAN MANGUM | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 462 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants' attorneys.

SO ORDERED. This **19** day of January 2018.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE