IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-12-1-D
No. 5:16-CR-12-4-D
No. 5:16-CR-12-5-D
No. 5:16-CR-12-6-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DEMETRICE R. DEVINE, | ) | |
| DONTAOUS DEMOND DEVINE, | ) | |
| DEMETRIUS DESHAUN TONEY, | ) | |
| BRANDON JOWAN MANGUM, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER, having come before the Court upon Joint Consent Motion of the Defendants, Demetrice R. Devine, Dontaous Demond Devine, Demetrius Deshaun Toney, and Brandon Jowan Mangum to extend the Pre-Trial Motions and all other related deadlines as identified in the Scheduling Orders in the above-captioned cases, and this Court finding good cause for granting the relief requested;

Defendants' Motion is **ALLOWED** and it is therefore **ORDERED** that the Pre-Trial Motion filing deadline be extended to __December 3__, 2018; responses shall be due not later than __February 4__, 2019. Arraignment, and all other related deadlines, shall be continued to the __April__,

1

20_19_ term of court, and trial is tentatively scheduled to begin on _April 29_, 20_19_.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial.

SO ORDERED. This _18_ day of _May_, 2018.

HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE