IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-12-D
No. 5:23-CV-357-D

| | | |
|---|---|---|
| DEMETRICE R. DEVINE, Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, Respondent. | ) | |

On August 14, 2026, petitioner filed a motion to request to file a second section 2255 motion [D.E. 1123]. Cf. [D.E. 1069]. Petitioner must file the request with the United States Court of Appeals for the Fourth Circuit. The court DISMISSES WITHOUT PREJUDICE petitioner's request [D.E. 1123].

SO ORDERED. This 14 day of August, 2026.

JAMES C. DEVER III
United States District Judge